UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DOUGLAS B. STALLEY, as Personal Representative of the Estate of Charles Fox, Sr., deceased,**

    Plaintiff,

v.                                         Case No. 8:04-cv-2024-T-30EAJ

**MARINER HEALTH CARE OF NASHVILLE, INC. and MHC/CSI FLORIDA, INC., d/b/a Mariner Health of Belleair,**

    Defendants.
_____

## ORDER OF DISMISSAL

The Court has been advised by Plaintiff's counsel Frank Currie that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on July 19, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-2024.dismissal.wpd