**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DOUGLAS B. STALLEY, as Personal**
**Representative of the Estate of**
**Charles Fox, Sr., deceased,**

    **Plaintiff,**

v.                                                                            Case No.  8:04-cv-2024-T-30EAJ

**MARINER HEALTH CARE OF NASHVILLE,**
**INC. and MHC/CSI FLORIDA, INC., d/b/a**
**Mariner Health of Belleair,**

    **Defendants.**
_____

**ORDER OF DISMISSAL**

      The Court has been advised by Plaintiff's counsel Amy Catledge that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on December 1, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-2024.dismissal.wpd